UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER



APR 2 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
         DEPUTY CLERK

SYNVASIVE TECHNOLOGY, INC.
            Plaintiff(s),

v.

STRYKER CORPORATION

            Defendant(s).

Case No. S-06-cv-00049-WBS-DAD

I, __Gregory J. Vogler__,

attorney for __Defendant Stryker Corporation__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | McAndrews, Held & Malloy |
| Address: | 500 West Madison Street |
| | Suite 3400 |
| City: | Chicago |
| State: | IL     ZIP Code: 60661 |
| Voice Phone: | ( 312 ) 775-8000 |
| FAX Phone: | ( 312 ) 775-8100 |
| Internet E-mail: | gvogler@mhmlaw.com |
| Additional E-mail: | |
| I reside in City: | Downers Grove     State: IL |

I was admitted to practice in the ___(See Attachment A)___ (court) on ___(See Attachment A)___ (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☑ / have not ☐ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

    Synvasive Corporation; No. 2:05-CIV-01515 WBS DAD

    Date of Application: August 31, 2005; granted September 9, 2005.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

| | |
|---|---|
| Name: | William R. Overend |
| Firm Name: | Reed Smith LLP |
| Address: | Two Embarcadero Center |
| | Suite 2000 |
| City: | San Francisco |
| State: | CA    ZIP Code: 94111 |
| Voice Phone: | ( 415 ) 543-8700 |
| FAX Phone: | ( 415 ) 391-8269 |
| E-mail: | woverend@reedsmith.com |

Dated: April 26, 2006     Petitioner: /s/ Gregory J. Vogler

**ORDER**

IT IS SO ORDERED.

Dated: 4/27/2006

*[signature]*
JUDGE, U.S. DISTRICT COURT