UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC., <br> Plaintiff, <br> v. <br> STRYKER CORPORATION, <br> Defendant. | Case No. 2:05-CV-01515-WBS-DAD (Consolidated) |
| SYNVASIVE TECHNOLOGY, INC., <br> Plaintiff, <br> v. <br> STRYKER CORPORATION, <br> Defendant. | Case No. 2:06-CV-00049-WBS-DAD (Consolidated) <br><br> Date:  February 5, 2007 <br> Time   1:30 p.m. <br> Honorable Judge William B. Shubb |
| AND RELATED COUNTERCLAIMS. | |

# EXHIBIT 4
# TO
# DECLARATION OF DR. CARL H. JACOBS IN SUPPORT OF STRYKER CORPORATION'S OPPOSITION TO SYNVASIVE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF THE '353 AND '253 PATENTS

**CONFIDENTIAL**