UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC.,<br>　　　　　　Plaintiff,<br>　v.<br>STRYKER CORPORATION,<br>　　　　　　Defendant. | Case No. 2:05-CV-01515-WBS-DAD<br>(Consolidated) |
| SYNVASIVE TECHNOLOGY, INC.,<br>　　　　　　Plaintiff,<br>　v.<br>STRYKER CORPORATION,<br>　　　　　　Defendant. | Case No. 2:06-CV-00049-WBS-DAD<br>(Consolidated)<br><br>Date:　February 5, 2007<br>Time　1:30 p.m.<br>Honorable Judge William B. Shubb |
| AND RELATED COUNTERCLAIMS. | |

# EXHIBIT 5
# TO
# DECLARATION OF DR. CARL H. JACOBS IN SUPPORT OF STRYKER CORPORATION'S OPPOSITION TO SYNVASIVE'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF INFRINGEMENT OF THE '353 AND '253 PATENTS

# CONFIDENTIAL