UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SYNVASIVE TECHNOLOGY, INC.,

       Plaintiff

         v.                         NO. CIV. S-05-01515 WBS DAD

STRYKER CORPORATION,

       Defendant.            ORDER

_____/

SYNVASIVE TECHNOLOGY, INC.,

        Plaintiff,

v.                         NO. CIV. S-06-00049 WBS DAD

STRYKER CORPORATION,

        Defendant.

_____/

AND RELATED COUNTERCLAIMS.

_____/

----oo0oo----

     A Settlement Conference is set before the Honorable Lawrence K. Karlton, on March 19, 2007 at 2:00 p.m. in Courtroom No. 4.  Each party is ordered to have a principal with full settlement authority present at the conference or be fully authorized to settle the matter on any terms.  No later than seven days before the date of the Settlement Conference, counsel for each

1  party will deliver a confidential Settlement Conference Statement

2  for review by the settlement judge.

3  DATED: February 14, 2007

4

5  _____

6  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Exhibit "A"

Witnesses

In addition to any witnesses offered for rebuttal, Synvasive identifies the following witnesses for trial (either live or by deposition):

1. Michael G. Fisher
   Synvasive Technology, Inc. President and CEO
   c/o Townsend and Townsend and Crew LLP
   379 Lytton Avenue
   Palo Alto, California 94301

2. Mark Santor
   Synvasive Technology, Inc. CFO
   c/o Townsend and Townsend and Crew LLP
   379 Lytton Avenue
   Palo Alto, California 94301

3. Jeff Gordon
   Synvasive Technology, Inc. Vice President of Marketing and
     Sales
   c/o Townsend and Townsend and Crew LLP
   379 Lytton Avenue
   Palo Alto, California 94301

4. Christopher Pollock
   Third Party Witness
   c/o Townsend and Townsend and Crew LLP
   379 Lytton Avenue
   Palo Alto, California 94301

3

5. Henry Fletcher

   c/o Townsend and Townsend and Crew LLP

   379 Lytton Avenue

   Palo Alto, California 94301

6. David Dornfeld

   Synvasive Technology, Inc.'s Technical Expert

   Department of Mechanical Engineering

   University of California at Berkeley

   Berkeley, CA 94720-1740

7. Steven Reasoner

   Stryker Corporation Senior Staff Engineer

   Stryker Corporation

   2725 Fairfield Road

   Kalamazoo, Michigan 49002

8. Brent Lalomia

   Stryker Corporation Manager, Research and Development

   Stryker Corporation

   2725 Fairfield Road

   Kalamazoo, Michigan 49002

9. Conor Casey

   Stryker Corporation Associate Product Manager

   Stryker Corporation

   2725 Fairfield Road

   Kalamazoo, Michigan 49002

10. Thomas Brennan

Stryker Corporation Staff Engineer

Stryker Corporation

 2725 Fairfield Road

Kalamazoo, Michigan 49002

11. Gregory May

Third Party Witness

Technical Director of Precision Edge

 10502 Riverside Drive

Sault Sainte Marie, Michigan 49783

12. Oliver Mills

Third Party Witness

Aerojet Corporation Highway 50 and Aerojet Road

Rancho Cordova, CA 95670

13. Anthony Pasciuto

Third Party Witness

Ortho Surge Medical

40605 Via Diamante

Murrieta, CA 92562

14. James G. Pampinella

Synvasive Technology, Inc.'s Damages Expert

Navigant Consulting One Market Street

Spear Street Tower, Suite 1200

San Francisco, CA 94105

15. James Evans

Stryker Corporation Vice President of Research and Development

Stryker Corporation

2725 Fairfield Road

Kalamazoo, Michigan 49002

16. Matthew Alves

Stryker Corporation Marketing employee

Stryker Corporation 2725 Fairfield Road

Kalamazoo, Michigan 49002

17. Dylan Crotty

Stryker Corporation Director of Marketing

Stryker Corporation

2725 Fairfield Road

Kalamazoo, Michigan 49002

18. Roland Dunsky

Stryker Corporation Lead Financial Analyst of NSC and Surgical Business Unit

Stryker Corporation

2725 Fairfield Road

Kalamazoo, Michigan 49002

19. John Lauria

Stryker Corporation Director of Sales and Marketing – Neuro, Spine and ENT Division

Stryker Corporation

2725 Fairfield Road

Kalamazoo, Michigan 49002

20. Jennifer Lentner

Stryker   Corporation   Director   of   Customer   Service

Distribution and Marketing

Communications

Stryker Corporation

2725 Fairfield Road

Kalamazoo, Michigan 49002

21. David Tallon

Stryker Corporation Director of Research and Development

Stryker Corporation

IDA Industrial Estate

Carrigtwohill

Co. Cork

Ireland

Exhibit "B"

| Name and Address | Kind of Testimony |
|---|---|
| Steve Reasoner<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| Tom Brennan<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| Brent Lalomia<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| David Tallon<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| John Lauria<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| Conor Casey<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| Dave Koldyke<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| Jennifer Lentner<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| James Evans<br>S t r y k e r / H o w m e d i c a<br>Osteonics<br>325 Corporate Drive<br>Mahwah, NJ 07430 | Live, Deposition, Interrogatory |

8

| Name and Address | Kind of Testimony |
|---|---|
| Henry H. Fletcher<br>4952 Windplay Drive, Suite C<br>El Dorado Hills, CA 95762 | Live, Deposition, Interrogatory |
| Michael G. Fisher<br>El Dorado Hills, CA | Live, Deposition, Interrogatory |
| Daniel Meaney, Jr.<br>351 Hitchcock Way<br>Santa Barbara, CA 93121 | Live, Deposition, Interrogatory |
| Graham Reeves<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| Carl H. Jacobs (expert)<br>1504 Jefferson Street<br>Teaneck, NJ 07666 | Live, Deposition, Interrogatory |
| Richard A. Pimentel (expert)<br>Huron Consulting Group<br>100 California Street, Suite 800<br>San Francisco, CA 94111 | Live, Deposition, Interrogatory |
| Matt Alves<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| Jeff Gordon<br>Synvasive Technology, Inc.<br>4925 Robert J. Mathews Parkway El Dorado Hills, CA 95762 | Live, Deposition, Interrogatory |
| Mark Santor<br>Synvasive Technology, Inc.<br>4925 Robert J. Mathews Parkway El Dorado Hills, CA 95762 | Live, Deposition, Interrogatory |
| Anthony Pasciuto<br>40605 Via Diamante<br>Murrieta, CA 92562 | Live, Deposition, Interrogatory |

| Name and Address | Kind of Testimony |
|---|---|
| Oliver Mills<br>8810 Barrister Lane<br>Fair Oaks, CA 95628 | Live, Deposition, Interrogatory |
| Christopher Pollock<br>7576 Wichham Drive<br>Citrus Heights, CA 95610 | Live, Deposition, Interrogatory |
| Dylan Crotty<br>Stryker Corp.<br>2525 Fairfield Rd.<br>Kalamazoo, MI 49002 | Live, Deposition, Interrogatory |
| Timothy Mar, M.D.<br>2801 k Street #300<br>Sacramento, CA 95816 | Live |

1                                    EXHIBIT "C"

2       See attached.   Exhibit A, Plaintiff's Trial Exhibit List, attached and filed

3       with Doc. 184, is incorporated herein.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                              EXHIBIT "D"

2       See following pages

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**DEFENDANT'S EXHIBITS (NOT INCLUDING REBUTTAL EVIDENCE)**

| Defendant's Trial Exhibit No | Title/Description | Deposition Exhibit No. (if applicable) | Bates Nos. (if applicable) |
|---|---|---|---|
| 1 | U.S. Patent No. 5,122,142 (Pascaloff) | DDX29 | |
| 2 | U.S. Patent No. Des. 337,160 (Evans) | DDX28 | |
| 3 | U.S. Patent No. 5,263,972 (Evans) | DDX72 | |
| 4 | U.S. Patent No. 3,905,105 (Tuke) | | |
| 5 | U.S. Patent No. 4,386,609 (Mongeon) | | |
| 6 | U.S. Patent No. 3,943,934 (Bent) | | |
| 7 | U.S. Patent No. 5,133,728 (Petersen) | | |
| 8 | U.S. Patent No. 5,135,533 (Petersen) | | |
| 9 | U.S. Patent No. 5,178,626 (Pappas) | | |
| 10 | U.S. Patent No. 2,455,655 (Carroll) | | |

| 11 | U.S. Patent No. 4,513,742 (Arnegger) | DDX84 | |
| 12 | U.S. Patent No. 4,584,999 (Arnegger) | | |
| 13 | U.S. Patent No. 3,977,289 (Tuke) | | |
| 14 | U.S. Patent No. 2,795,247 (Topolinski) | | |
| 15 | U.S. Patent Application Publication No. 2003/0014067 | | |
| 16 | U.S. Patent No. 6,022,353 | PDX2 | |
| 17 | U.S. Patent No. 6,503,253 | PDX3 | |
| 18 | U.S. Patent No. 6,723,101 | PDX4 | |
| 19 | Prosecution history of U.S. Patent No. 6,022,353 | | SY000494-SY000850 |
| 20 | Prosecution history of U.S. Patent No. 6,503,253 | | SY000851-SY001104 |
| 21 | Prosecution history of U.S. Patent No. 6,723,101 | | SY001105-SY001250 |
| 23 | Stablecut Dealer Price List | DDX23 | SY002316-SY002325 |
| 24 | Stablecut Hospital Price List | DDX24 | SY002326-SY002335 |
| 27 | The Stablecut "Dual" PowerPoint Presentation | DDX27 | SY020606-SY020608 |

| 31 | FY '01 Blade & Osteotome Analysis | DDX31 | SY020664-SY020688 |
| 32 | Consulting Services and License Agreement between Synvasive Technology and Anthony K. Hedley | DDX32 | SY020625-SY020636 |
| 33 | Consulting Services and License Agreement between Synvasive Technology and Anthony K. Hedley | DDX33 | SY020637-SY020647 |
| 34 | Consulting Services and License Agreement between Synvasive Technology and Michael Howard | DDX34 | SY020648-SY020658 |
| 35 | Consulting Agreement between Synvasive Technology and Joint Enterprises | DDX35 | SY004449-SY004453 |
| 40 | Letter to Pasciuto from Perrone enclosing a ½ inch Stryker Blade | DDX40 | SY019838 |
| 45 | Letter to Alves from Fisher dated January 23, 2003 requesting review of U.S. Patent No. 6,503,253 | DDX45 | SY001389-SY001400 |
| 46 | Letter to Fisher from Vogler dated May 3, 2003 responding to January 23, 2003 letter | DDX46 | SY001403-SY001417 |

| | | | |
|---|---|---|---|
| 49 | Letter to Herhold from Vogler dated November 10, 2003 responding to October 3, 2003 letter | DDX49 | SY001431-SY001433 |
| 53 | Boehringer, "Liquid Cooled Bone Cutting" and U.S. Patent No. 4,513,742 | DDX53 | SY002211-SY002217 |
| 56 | E-mail to Gordon from Pasciuto dated January 9, 1996 regarding Saw Blade needs | DDX56 | SY020605-SY020608 |
| 60 | Fax to Wright Medical from Pascuito dated May 29, 1996 | DDX60 | SY004375-SY004379 |
| 89 | Schematic of Sagittal Blade | DDX89 | SC002394-SC002395 |
| 90 | Handwritten document regarding list of Actions dated May 11, 1995 | DDX90 | SY002161-SY002165 |

| 107 | Schematics of Stryker saw blades | PDX7 | SC000002-SC000006; SC000008; SC000010; SC000012; SC000014; SC000016; SC000018; SC000020; SC000022; SC000024; SC000026; SC000028; SC000030; SC000032; SC000034; SC000036; SC000038; SC000040; SC000042; SC000046; SC000048; SC000050; SC000111-SC000113; SC000208; SC000296; SC000445-SC000450; SC000483; SC000500; SC000548-SC000551; SC000649-SC000653; SC000747-SC000751; SC000854-SC000857; SC000957; SC001093-SC001094; SC001331-SC001332; SC001339-SC001345; SC001354; SC001362-SC001370; SC001376; SC001390-SC001394; SC001517; SC001515; SC001514; SC001505; SC001498; SC001491; SC001489; SC001487; SC001485; SC001483; SC001475; SC001474; SC001464; SC001462; SC001460; SC001458; SC001456; SC001454; SC001452; SC001450; SC001448; SC001520-SC001522 |

| | | | |
|---|---|---|---|
| 108 | Stryker Bills of Materials | PDX8 | SC000007; SC000009; SC000011; SC000013; SC000015; SC000017; SC000019; SC000021; SC000023; SC000025; SC000027; SC000029; SC000031; SC000033; SC000035; SC000037; SC000039; SC000041; SC000043; SC000045; SC000047; SC000049; SC000051; SC000171-SC000174; SC000262; SC000352; SC000611-SC000614; SC000709-SC000713; SC000816-SC000820; SC000921-SC000932; SC001011; SC001352; SC001361; SC001378; SC001380-SC001382; SC001389; SC001518; SC001516; SC001513; SC001506; SC001504; SC001503; SC001502; SC001500; SC001492; SC001490; SC001488; SC001486; SC001484; SC001476; SC001472; SC001465; SC001463; SC001461; SC001459; SC001457; SC001455; SC001453; SC001451; SC001449 |
| 109 | U.S. Patent Application Publication 2004/0243136 | PDX9 | |
| 111 | Next Generation Heavy Duty Sag Blade Project # 1608 purpose statement dated September 30, 1999 | PDX11 | SC000078 |

| 112 | Stryker Instruments Technical Report on 4225 Sag Blade Testing dated November 3, 1999 | PDX12 | SC000424-SC000426 |
| --- | --- | --- | --- |
| 113 | Master Project Signature Sheet for Cutting Accessories for Project Number 1608 | PDX13 | SC000056 |
| 114 | Drawings showing blade options dates September 17, 1999 | PDX14 | SC000062-SC000062 |
| 115 | CPT Feedback Form Heavy Duty Blade dated November 30, 1999 | PDX15 | SC000400 |
| 116 | Memo from S. Reasoner to BIC File dated September 29, 1999 regarding Functional Specification | PDX16 | SC000433-SC000438 |
| 118 | Stryker Instruments Dual-Cut High Performance Blades brochure | PDX18 | SC001075-SC001080 |
| 119 | Stryker Instruments Dual-Cut High Performance Blades brochure | PDX19 | SC001081-SC001085 |
| 120 | Stryker Instruments Cutting Accessories Catalog (selected pages) | PDX20 | SC001064-SC001074 |

| 122 | System 2000 Operating and Maintenance Instructions | PDX22 | SY002220-SY002226 |
|---|---|---|---|
| 123 | Stryker System 5 Sagittal Saw Instructions | PDX23 | SY002227-SY002242 |
| 134 | Schematic of Stryker Part No. 0277-534-053 | PDX34 | SC001086 |
| 136 | Stryker sales data | PDX36 | SC001523-001530 |
| 141 | Functional Specifications Generation and Management, Revision E | PDX41 | SC002645-SC002649 |
| 145 | Stryker Instruments Cutting Accessories Catalog (selected pages) | PDX45 | SC003141-SC003148 |
| 150 | Schematic of Stryker Part No. 2108-588-999-00288 | PDX50 | SC002821 |
| 151 | Schematic of Stryker Part No. 2108-102S12 | PDX51 | SC002809 |
| 156 | Toothset Die Requirements dated March 25, 1999 | PDX56 | SC002678 |
| 163 | Stryker Instruments Technical Report on Dual Cut Sagittal Blades dated April 12, 2000 | PDX63 | SC000317-SC000319 |

| 167 | Memorandum from J. Lentner to BIC Project File # 1608 dated March 14, 2000 regarding Functional Specification | PDX67 | SC000100-SC000105 |
|-----|-----|-----|-----|
| 168 | Master Project Signature Sheet for Cutting Accessories Project Number 1608 | PDX68 | SC000093 |
| 169 | Stryker Dual-Cut Sagittal Blade label | PDX69 | SC000334 |
| 170 | CPT Feedback Forms Heavy Duty Blade | PDX70 | SC000369; SC000372-SC000374; SC000378-SC000384; SC000387-SC000390; SC000393-SC000397; SC000404 |
| 171 | Memorandum from S. Reasoner to BIC File dated September 29, 1999 regarding Functional Specification | PDX71 | SC000083-SC000088 |
| 176 | Minor Modification Request Form dated October 5, 2001 | PDX76 | SC001512-SC001514 |
| 177 | Minor Modification Request Form dated February 20, 2002 | PDX77 | SC001471-SC001474 |

| 178 | Stryker Surgical Cutting Accessories Guide (labeled Attachment C-2) and Hall Surgical Catalog (labeled Attachment C-3) | PDX78 | SY000826-SY000849 |
|---|---|---|---|
| 179 | Schematic of Stryker Blade | PDX79 | SC001094 |
| 180 | Schematic of Stryker Blade | PDX80 | SC001122 |
| 187 | Feedback from University of South Florida Cadaver Lab dated April 29, 1999 | PDX87 | SC002641 |
| 188 | Stryker R&D Test Lab Development/Validation Evaluation dated January 18, 1999 | PDX88 | SC002745 |
| 197 | Stryker Instruments Division Minor Modification Validation dated May 10, 1999 and accompanying documents | PDX97 | SC002810-SC002821 |
| 198 | Stryker Instruments Division Minor Modification Validation dated May 10, 1999 and accompanying documents | PDX98 | SC002799-SC002809 |
| 199 | Stryker Instruments Division Minor Modification Validation dated May 10, 1999 | PDX99 | SC002856 |

| | | | |
|---|---|---|---|
| 200 | Chart showing Percentage of Private Label vs. Percentage of Synvasive Label Units Sold (from Richard A. Pimentel) | | |
| 201 | Chart showing Richard A. Pimentel's reasonably royalty calculations | | |
| 202 | Chart showing Comparable Royalty Rates (from Richard A. Pimentel) | | |
| 203 | Rule 26(a)(2)(B) Expert Witness Report of Dr. Carl H. Jacobs dated October 20, 2006 | | |
| 204 | Attachment I to the October 20, 2006 Expert Report of Dr. Carl H. Jacobs (C.V.) | | |
| 205 | Attachment II to the October 20, 2006 Expert Report of Dr. Carl H. Jacobs (annotated figures from patents) | | |
| 206 | Attachment III to the October 20, 2006 Expert Report of Dr. Carl H. Jacobs (annotated figures from patents) | | |

| | | | |
|---|---|---|---|
| 207 | Rule 26(a)(2)(B) Non-Infringement Report of Dr. Carl H. Jacobs dated November 10, 2006 | | |
| 208 | Supplemental Rule 26(a)(2)(B) Expert Witness Report of Dr. Carl H. Jacobs dated January 9, 2007 | | |
| 209 | Demonstrative Exhibits for Pimentel Trial Presentation | | |
| 210 | Demonstrative Exhibits for Jacobs Trial Presentation | | |
| 211 | Expert Report of Richard Pimentel Dated November 10, 2006 | | |
| 212 | Exhibit 1 to the November 10, 2006 Expert Report of Richard Pimentel (C.V.) | | |
| 213 | Exhibit 2 to the November 10, 2006 Expert Report of Richard Pimentel (Documents Relied Upon) | | |
| 214 | 2001/2002 Stryker Corporation Price Guides | | SC001027-SC001031 |
| 215 | 2002/2003 Stryker Corporation Price Guides | | SC001032-SC001037 |

| 216 | 2003/2004 Stryker Corporation Price Guides | | SC001045-SC001049 |
|---|---|---|---|
| 217 | 2004/2005 Stryker Corporation Price Guides | | SC001050-SC001055 |
| 218 | 2005/2006 Stryker Corporation Price Guides | | SC001056-SC001063 |
| 219 | Stryker Sales by Customer 2000 | | SC002887-SC002896 |
| 220 | Stryker Sales by Customer 2001 | | SC002897-SC002917 |
| 221 | Stryker Sales by Customer 2002 | | SC002918-SC002945 |
| 222 | Stryker Sales by Customer 2003 | | SC002946-SC002982 |
| 223 | Stryker Sales by Customer 2004 | | SC002983-SC003029 |
| 224 | Stryker Sales by Customer 2005 | | SC003030-SC003087 |
| 225 | Stryker Sales by Customer 2006 | | SC003088-SC003140 |
| 226 | Sales Analysis by Stryker Corporation, 2000-2006 | | SC001338 |
| 227 | Sales & Net Earnings Analysis by Stryker Corporation | | SC001395-SC001396 |
| 228 | Stryker Blade Packaging | | SC001397-SC001447 |
| 228 | Stryker Annual Revenue by Product Number, 2000-2005 | | SC00001 |

| | | | |
|---|---|---|---|
| 230 | Stryker Catalog - Cutting Accessories | | SC001064-SC001074 |
| 231 | Stryker Catalog - Cutting Accessories | | SC003473-SC003771 |
| 232 | October 18, 2006 e-mail from William B. Gont, counsel for Stryker, to Robert D. Tadlock, counsel for Synvasive, regarding the no-longer manufactured accused versions of Stryker Specialty Blades | | |
| 233 | Declaration of David Tallon In Support Of Stryker's Reply In Support Of Its Motion For Summary Judgment Of Non-infringement | | |
| 234 | Highlighted version of Representative Claim 1 of the '353 Patent | Demonstrative from March 10, 2006 Hearing | |
| 235 | Highlighted version of Representative Claim 2 of the '253 Patent | Demonstrative from March 10, 2006 Hearing | |
| 236 | Enlarged version of Figure 1 of the Patents-in-Suit | Demonstrative from March 10, 2006 Hearing | |
| 237 | Enlarged version of Figure 2 of the Patents-in-Suit | Demonstrative from March 10, 2006 Hearing | |

| | | | |
|---|---|---|---|
| 238 | Enlarged version of Figure 3 of the Patents-in-Suit | Demonstrative from March 10, 2006 Hearing | |
| 239 | Enlarged version of Figure 4 of the Patents-in-Suit | Demonstrative from March 10, 2006 Hearing | |
| 240 | Enlarged version of Figure 5A of the Patents-in-Suit | Demonstrative from March 10, 2006 Hearing | |
| 241 | Enlarged version of Figure 5B of the Patents-in-Suit | Demonstrative from March 10, 2006 Hearing | |
| 242 | Enlarged version of Figure 6A of the Patents-in-Suit | Demonstrative from March 10, 2006 Hearing | |
| 243 | Enlarged version of Figure 6B of the Patents-in-Suit | Demonstrative from March 10, 2006 Hearing | |
| 244 | Annotated and enlarged version of Figure 2 of the Patents-in-Suit titled "A Representative Saw Blade of the Patents-in-Suit" | Demonstrative from March 10, 2006 Hearing | |
| 245 | Annotated and enlarged drawing "The Stryker Dual-Cut Blade and Fishtail Cutting Surface" | Demonstrative from March 10, 2006 Hearing | |
| 246 | Annotated and enlarged drawing "Side Views of Non-Offset and Offset-Teeth Blades" | Demonstrative from March 10, 2006 Hearing | |

| | | | |
|---|---|---|---|
| 247 | Annotated and enlarged drawing "Tooth Shape Differs Between the Blades of the Patents-in-Suite and the Accused Stryker Dual-cut Blades) | Demonstrative from March 10, 2006 Hearing | |
| 248 | Annotated and enlarged drawing "Tooth Orientation of the Blades of the Patents-in-Suite Differs from the Accused Stryker Dual-cut Blades | Demonstrative from March 10, 2006 Hearing | |
| 249 | Annotated and enlarged drawing "The Shape of the Dual-Cut Cutting Surface Differs from that Claimed by the Patents-in-Suit" | Demonstrative from March 10, 2006 Hearing | |
| 250 | Annotated and enlarged drawing "A Representative Drawing of Stryker Parts No. 2108-102S12 and 2108-151S4, Currently Manufactured with Curved Tops" | Demonstrative from March 10, 2006 Hearing | |
| 251 | Annotated and enlarged drawing "Head-on and Side-view of a Representative Accused Stryker Offset-Teeth Blade" | Demonstrative from March 10, 2006 Hearing | |

| 252 | Annotated and enlarged drawing of Stryker Part No. 4111-147-078 "A Representative Accused Stryker Dual-cut Blade" | Demonstrative from March 10, 2006 Hearing | |
| 253 | Annotated and enlarged version of Figure 6A of the '253 patent, "Synvasive's Plural Construction of 'Line' Reads on Admitted Prior Art" | Demonstrative from March 10, 2006 Hearing | |
| 254 | Demonstratives from February 5, 2007 Hearing | | |
| 255 | Timeline of Relevant Events | | |
| 256 | Demonstratives Showing Bases For Noninfringement | | |
| 257 | Demonstratives Showing Bases for Invalidity | | |
| 258 | Timeline Of Stryker's Independent Development Of Dual-Cut Blades | | |
| 259 | Group Exhibit on Design History of Dual Cut Blades | | |
| 260 | U.S. Patent No. 5,382,249 | | |
| 261 | Notice of Abandonment of U.S. Patent No. 5,382,249 | | |

| | | | |
|---|---|---|---|
| 300 | Schematic of Stryker Part No. 0277-534-053 dated June 1990 titled "Sagitall Blade (5.0 mm Cut Edge)" | | SC001122 |
| 301 | Schematic of Stryker Part No. 0277-88-100 | | |
| 302 | Schematic of Stryker Part No. 0277-88-105 | | |
| 303 | Schematic of Stryker Part No. 0277-88-110 | | |
| 304 | Schematic of Stryker Part No. 0277-88-111 | | |
| 305 | Schematic of Stryker Part No. 269-34-40 | | |
| 306 | Schematic of Stryker Part No. 269-34-55 | | |
| 307 | Schematic of Stryker Part No. 1107 | | |
| 308 | Schematic of Stryker Part No. 1107-1 | | |
| 309 | Schematic of Stryker Part No. 277-96-250 | | |
| 310 | Schematic of Stryker Part No. 277-96-300 | | |
| 311 | Sc hematic of Stryker Part No. 277-96-325 | | |

| | | | |
|---|---|---|---|
| 312 | Schematic of Stryker Part No. 5052-330 | | |
| 313 | Schematic of Stryker Part No. 5052-331 | | |
| 314 | Schematic of Stryker Part No. 5052-332 | | |
| 315 | Schematic of Stryker Part No. 286-34-40 | | |
| 316 | Schematic of Stryker Part No. 296-34-109 | | |
| 317 | Stryker Model No. 1375/1475 Heavy Duty Blade | | |
| 318 | Picture of Stryker Part No. 1320/1420 | | |
| 319 | Picture of Stryker Part No. 1425 | | |
| 320 | B102WA | | |
| 321 | B106WA | | |
| 322 | Stryker System II OrthoPower 90 Brochure | | |
| 323 | Stryker 1300, 1400, and 1600 Series Catalog of 1976 ("Stryker 1976 Catalog") | | |

| 324 | Surgical Saw Blade designed by Gregory May attached as Exhibit C to letter from Gregory J. Vogler to Theodore Herhold dated May 12, 2003 | DDX79 | |
| --- | --- | --- | --- |
| 325 | Micro-Aire Catalog "Accessories - Orthopedic Power Instrument System" | | |
| 326 | Boehringer EC 6000 | | |
| 327 | Stryker catalogs | | SC001087-SC001092; SC001095-SC001098; SC001099-SC001153 |
| 328 | Stryker Corporation Engineering Blue Print Part No. 1375-112 Revision J dated April 3, 1968 titled "Heavy Duty Blade Assy" | | SC001093 |
| 329 | Schematic of Stryker Part No. 296-34-40 dated March 30, 1989 titled "Sagittal Blade Short & Narrow" | | SC001094 |
| 330 | Wevers, H.W., Espin, E., Cooke, T. D.V., "Orthopaedic Saw Blades A Case Study," *J. Arthroplasty* 2:1, 1987 | | |

| | | | |
|---|---|---|---|
| 331 | Schematic of Stryker Part No. 0277-596-250 | | |
| 332 | Schematic of Stryker Part No. 0277-596-300 | | |
| 333 | Schematic of Stryker Part No. 0277-596-325 | | |
| 334 | System 6 Sagittal Blades | | SC004727-SC004746 |
| 335 | Blade Samples and Stryker Engineering Blueprints for the Accused Blades | | SC001339-SC001394; SC000002-SC000051; SC002809; SC002821 |
| 336 | Representative Stryker  Dual Cut Blades | | |
| 337 | Representative Synvasive Blades | | |
| 338 | Prior art blades, including Stryker prior art flat top blades | | |
| 339 | Representative Stryker arc blades | | |