1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  therhold@townsend.com
   MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
   ROBERT D. TADLOCK (State Bar No. 238479)
4  rdtadlock@townsend.com
   379 Lytton Avenue
5  Palo Alto, California 94301
   Telephone: (650) 326-2400
6  Facsimile: (650) 326-2422

7  Attorneys for Plaintiff/Counterdefendant
   SYNVASIVE TECHNOLOGY, INC.
8

9

10                    UNITED STATES DISTRICT COURT

11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12                           SACRAMENTO DIVISION

13  SYNVASIVE TECHNOLOGY, INC.,

14          Plaintiff,                      Case No. 2:05-CV-01515-WBS-DAD
                                            (Consolidated)
15      v.

16  STRYKER CORPORATION,

17          Defendant.

18
    SYNVASIVE TECHNOLOGY, INC.,
19                                          Case No. 2:06-CV-00049-WBS-DAD
            Plaintiff,                      (Consolidated)
20
        v.                                  **The Honorable William B. Shubb**
21
    STRYKER CORPORATION,
22
            Defendant.
23

24  AND RELATED COUNTERCLAIMS.

25

26      **[PROPOSED] ORDER GRANTING REQUEST TO CHANGE THE HEARING DATE FOR
                         MOTIONS FOR RECONSIDERATION**
27

28

PDF created with pdfFactory trial version www.pdffactory.com

1    Having considered Synvasive Technology, Inc.'s ("Synvasive") and Stryker Corporation's
2    ("Stryker") Stipulation Requesting Change of Hearing Date for the Motions for Reconsideration of the
3    Court's February 16, 2007 Memorandum and Order, and good cause appearing,
4    IT IS HEREBY ORDERED that
5    (1)    The hearing on Synvasive's motion for reconsideration (filed on March 8, 2007) and
6    Stryker's motion for reconsideration (filed on March 5, 2007) will take place on April 2, 2007 at 1:30
7    p.m.;
8    (2)    The briefing schedule for the opposition and reply briefs for both motions will be
9    adjusted to correspond to the April 2, 2007 hearing date.  Accordingly, any oppositions to the motions
10   must be served and filed no later than March 19, 2007, and any replies to the oppositions must be
11   served and filed no later than March 26, 2007.
12   IT IS SO ORDERED.
13   DATED:  March 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

61003049 v1

PDF created with pdfFactory trial version www.pdffactory.com