1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ttherhold@townsend.com
   MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
   ROBERT D. TADLOCK (State Bar No. 238479)
4  rdtadlock@townsend.com
   379 Lytton Avenue, Palo Alto, California  94301
5  Telephone: (650) 326-2400; Facsimile: (650) 326-2422
   Attorneys for Plaintiff/Counterdefendant
6  SYNVASIVE TECHNOLOGY, INC.

7  Morgan W. Tovey (SBN 136242)
   William Ross Overend (SBN 180209)
8  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
9  San Francisco, CA 94111-3922
   Telephone: (415) 543-8700; Facsimile: (415) 391-8269
10
   Timothy J. Malloy (admitted pro hac vice)
11 Gregory J. Vogler (admitted pro hac vice)
   Robert A. Surrette (admitted pro hac vice)
12 William B. Gont (admitted pro hac vice)
   McANDREWS HELD & MALLOY
13 500 West Madison Street, Suite 3400
   Chicago, IL 60661
14 Telephone: (312) 775-8000; Facsimile: (312) 775-8100
   Attorneys for Defendant/Counterclaimant
15 STRYKER CORPORATION

16                    UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
17                          SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC.,<br><br>        Plaintiff,<br>    v.<br>STRYKER CORPORATION,<br>        Defendant. | Case No. 2:05-CV-01515-WBS-DAD<br>(Consolidated) |
| SYNVASIVE TECHNOLOGY, INC.,<br><br>        Plaintiff,<br>    v.<br>STRYKER CORPORATION,<br>        Defendant. | Case No. 2:06-CV-00049-WBS-DAD<br>(Consolidated)<br><br>**The Honorable William B. Shubb** |
| AND RELATED COUNTERCLAIMS. | |

**STIPULATION AND [~~PROPOSED~~[ ORDER CHANGING HEARING DATE
FOR MOTIONS FOR RECONSIDERATION**

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiff Synvasive Technology, Inc. ("Synvasive") and Defendant Stryker Corporation
2 ("Stryker") hereby submit this stipulation and proposed order changing the hearing date for
3 Synvasive's Motion for Reconsideration and Stryker's Motion for Reconsideration, from April 2, 2007
4 to April 9, 2007.

5   WHEREAS, the parties have reached a tentative settlement of the action;

6   WHEREAS, the hearing for Synvasive's Motion for Reconsideration and Stryker's Motion for
7 Reconsideration is presently scheduled for April 2, 2007 at 1:30 p.m.;

8   WHEREAS, the parties are finalizing the terms of a settlement agreement to resolve this
9 action; and

10   WHEREAS, to provide sufficient time to finalize the settlement agreement, and to avoid
11 wasting resources of the parties and the Court, the parties request the hearing for the Motions for
12 Reconsideration be rescheduled.

13   The parties therefore stipulate that the hearing for Synvasive's Motion for Reconsideration and
14 Stryker's Motion for Reconsideration shall be rescheduled from April 2, 2007 to April 9, 2007 at 1:30
15 p.m.

16 DATED:  March 30, 2007                     Respectfully submitted,

17                                            TOWNSEND and TOWNSEND and CREW LLP

18
19                                    By:    /s/ Matthew R. Hulse
                                             Matthew R. Hulse

20                                           Attorneys for Plaintiff/Counterdefendant
                                             SYNVASIVE TECHNOLOGY, INC.
21
22 DATED:  March 30, 2007                     McANDREWS HELD & MALLOY

23                                    By:    /s/ Robert A. Surrette (as authorized on 3/30/2007)
                                             Robert A. Surrette
24
25                                           Attorneys for Defendant/Counterclaimant
                                             STRYKER CORPORATION
26
27
28

PDF created with pdfFactory trial version www.pdffactory.com

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2   Dated:  April 2, 2007

3
4   WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

5

6

7

8   61018951 v1

PDF created with pdfFactory trial version www.pdffactory.com