1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ttherhold@townsend.com
   MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
   ROBERT D. TADLOCK (State Bar No. 238479)
4  rdtadlock@townsend.com
   379 Lytton Avenue, Palo Alto, California  94301
5  Telephone: (650) 326-2400; Facsimile: (650) 326-2422
   Attorneys for Plaintiff/Counterdefendant
6  SYNVASIVE TECHNOLOGY, INC.

7  Morgan W. Tovey (SBN 136242)
   William Ross Overend (SBN 180209)
8  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
9  San Francisco, CA 94111-3922
   Telephone: (415) 543-8700; Facsimile: (415) 391-8269
10
   Timothy J. Malloy (admitted pro hac vice)
11 Gregory J. Vogler (admitted pro hac vice)
   Robert A. Surrette (admitted pro hac vice)
12 William B. Gont (admitted pro hac vice)
   McANDREWS HELD & MALLOY
13 500 West Madison Street, Suite 3400
   Chicago, IL 60661
14 Telephone: (312) 775-8000; Facsimile: (312) 775-8100
   Attorneys for Defendant/Counterclaimant
15 STRYKER CORPORATION

16                    UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
17                         SACRAMENTO DIVISION

| | |
|---|---|
| SYNVASIVE TECHNOLOGY, INC., <br><br>         Plaintiff,<br>   v.<br>STRYKER CORPORATION,<br>         Defendant. | Case No. 2:05-CV-01515-WBS-DAD (Consolidated) |
| SYNVASIVE TECHNOLOGY, INC.,<br><br>         Plaintiff,<br>   v.<br>STRYKER CORPORATION,<br>         Defendant. | Case No. 2:06-CV-00049-WBS-DAD (Consolidated)<br><br>**The Honorable William B. Shubb** |
| AND RELATED COUNTERCLAIMS. | |

**STIPULATION AND [~~PROPOSED~~] ORDER CHANGING TRIAL DATE AND HEARING FOR MOTIONS FOR RECONSIDERATION**

PDF created with pdfFactory trial version www.pdffactory.com

1   Plaintiff Synvasive Technology, Inc. ("Synvasive") and Defendant Stryker Corporation
2   ("Stryker") hereby submit this stipulation and proposed order changing the trial date and hearing for
3   Synvasive's Motion for Reconsideration and Stryker's Motion for Reconsideration.
4   WHEREAS, the parties are engaged in settlement discussions to resolve the action, and have
5   reached a tentative settlement agreement;
6   WHEREAS, the parties are finalizing the settlement agreement;
7   WHEREAS, the trial in this action is scheduled to start on April 24, 2007;
8   WHEREAS, the hearing for Synvasive's Motion for Reconsideration and Stryker's Motion for
9   Reconsideration is presently scheduled for April 9, 2007 at 1:30 p.m.;
10  WHEREAS, to provide sufficient time to finalize the settlement agreement, and to avoid
11  wasting resources of the parties and the Court, the parties request the trial date and hearing for the
12  Motions for Reconsideration be rescheduled.
13  The parties therefore stipulate that the trial date shall be rescheduled from April 24, 2007 to
14  May 30, 2007, and that the hearing for Synvasive's Motion for Reconsideration and Stryker's Motion
15  for Reconsideration shall be rescheduled from April 9, 2007 to May 14, 2007 at 1:30 p.m.  The
16  deadlines set forth in the Pretrial Order (Doc. No. 209) shall be based on the May 30, 2007 trial date.

17  DATED:  April 6, 2007                    Respectfully submitted,
18                                            TOWNSEND and TOWNSEND and CREW LLP
19
20                              By:    /s/ Matthew R. Hulse
                                       Matthew R. Hulse
21
                                       Attorneys for Plaintiff/Counterdefendant
22                                     SYNVASIVE TECHNOLOGY, INC.

23  DATED:  April 6, 2007                    McANDREWS HELD & MALLOY

24                              By:    /s/ Robert A. Surrette (as authorized on 4/6/2007)
                                       Robert A. Surrette
25
                                       Attorneys for Defendant/Counterclaimant
26                                     STRYKER CORPORATION
27
28

PDF created with pdfFactory trial version www.pdffactory.com

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated:  April 9, 2007

3
4  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE
5
6
7
8  61023773 v1

PDF created with pdfFactory trial version www.pdffactory.com