1  TOWNSEND AND TOWNSEND AND CREW LLP
   THEODORE T. HERHOLD (State Bar No. 122895)
2  ttherhold@townsend.com
   MATTHEW R. HULSE (State Bar No. 209490)
3  mrhulse@townsend.com
   ROBERT D. TADLOCK (State Bar No. 238479)
4  rdtadlock@townsend.com
   379 Lytton Avenue, Palo Alto, California  94301
5  Telephone: (650) 326-2400; Facsimile: (650) 326-2422
   Attorneys for Plaintiff/Counterdefendant
6  SYNVASIVE TECHNOLOGY, INC.

7  Morgan W. Tovey (SBN 136242)
   William Ross Overend (SBN 180209)
8  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
9  San Francisco, CA 94111-3922
   Telephone: (415) 543-8700; Facsimile: (415) 391-8269
10

11  Timothy J. Malloy (admitted pro hac vice)
    Gregory J. Vogler (admitted pro hac vice)
    Robert A. Surrette (admitted pro hac vice)
12  William B. Gont (admitted pro hac vice)
    McANDREWS HELD & MALLOY
13  500 West Madison Street, Suite 3400
    Chicago, IL 60661
14  Telephone: (312) 775-8000; Facsimile: (312) 775-8100
    Attorneys for Defendant/Counterclaimant
15  STRYKER CORPORATION

16              UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF CALIFORNIA
17                  SACRAMENTO DIVISION

18  SYNVASIVE TECHNOLOGY, INC.,
19              Plaintiff,                      Case No. 2:05-CV-01515-WBS-DAD
                                                (Consolidated)
         v.
20
    STRYKER CORPORATION,
21              Defendant.

22  SYNVASIVE TECHNOLOGY, INC.,
23              Plaintiff,                      Case No. 2:06-CV-00049-WBS-DAD
                                                (Consolidated)
         v.
24  STRYKER CORPORATION,
25              Defendant.

26  AND RELATED COUNTERCLAIMS.

27

28              **STIPULATION FOR DISMISSAL; ORDER**

STIPULATION FOR DISMISSAL; ORDER
CASE NO. 2:05-CV-01515-WBS-DAD AND CASE NO. 2:06-CV-00049-WBS-DAD

1   The parties to this action have executed a settlement agreement resolving all claims in the

2   action.  Therefore, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY

3   STIPULATED by and between the parties hereto that the above-captioned action be and is hereby

4   dismissed with prejudice.  Each party shall bear its own attorney's fees and costs.

5

6   DATED:  May 4, 2007                     Respectfully submitted,

7                                            TOWNSEND and TOWNSEND and CREW LLP

8

9                                   By:    /s/ Matthew R. Hulse
                                          Matthew R. Hulse

10                                        Attorneys for Plaintiff/Counterdefendant
11                                        SYNVASIVE TECHNOLOGY, INC.

12  DATED:  May 4, 2007                     McANDREWS HELD & MALLOY

13

14                                  By:    /s/ Robert A. Surrette (as authorized on May 4, 2007)
                                          Robert A. Surrette

15                                        Attorneys for Defendant/Counterclaimant
16                                        STRYKER CORPORATION

17

18                                        **ORDER**

19  Based on the foregoing stipulation, the action is hereby dismissed with prejudice.

20  IT IS SO ORDERED.

21

22  DATED:  May 4, 2007

23

24  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com